UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                                   Case No. 20-CR-93

TYSHAUN SMITH,

      Defendant.
_____

## JOINT REQUEST FOR ORDER OF
## PRE-PLEA PRESENTENCE INVESTIGATION

Tyshaun Smith, by counsel, respectfully moves this Court for an Order of a pre-plea presentence report (PSR) in the above-captioned matter. Smith submits that a pre-plea PSR will be helpful in the interests of pursuing a resolution in this matter without a trial. In support of this request, and after discussing with undersigned counsel, Mr. Smith also consents to a pre-plea disclosure of the PSR to the Court, defense, and government. Undersigned counsel has discussed this matter with Assistant United States Attorney Philip Kovoor, who joins Smith in this request.

For these reasons, Smith respectfully requests that this Court order, forthwith, the production of a pre-plea PSR.

                                                                         Federal Defender Services
                                                                             of Wisconsin, Inc.

Dated at Milwaukee, Wisconsin, this 11th day of February, 2021.

>Respectfully submitted,
>
>*/s/ Gabriela A. Leija*
>Gabriela A. Leija, Bar No. 1088023
>FEDERAL DEFENDER SERVICES
>    OF WISCONSIN, INC.
>517 E. Wisconsin Avenue, Room 182
>Milwaukee, Wisconsin   53202
>Telephone: 414-221-9900
>Fax: 414-221-9901
>E-mail: Gabriela_Leija@fd.org
>
>*Counsel for Tyshaun Smith*